CASE NUMBER 3:20-MJ-2105

APR 15 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## AFFIDAVIT

I, Matthew Ryan Sikes, being duly sworn, state the following to be true to the best of my knowledge, information and belief:

1. I am currently employed as a Deputy United States Marshal in the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives.

2. On October 23, 2013, Timothy Wyatt Smith was found guilty of conspiracy to manufacture methamphetamine and was sentenced to 92 months of imprisonment and 5 years of supervised release.

3. On January 14, 2020, the United States Bureau of Prisons transferred the defendant to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement. On April 13, 2020, the Affiant learned that Timothy Wyatt Smith had escaped from Midway on April 12, 2020, at approximately 8:33 a.m. On April 13, 2020, the Bureau of Prisons issued a Notice of Escaped Federal Prisoner due to his escape from the Midway Rehabilitation Center.

1

4. Based on the foregoing, I respectfully submit that probable cause exists to believe that on or about April 12, 2020, Timothy Wyatt Smith committed a violation of 18 U.S.C. §§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for the arrest of Timothy Wyatt Smith.

Matthew Ryan Sikes
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me
this __15__ day of April, 2020.

H. Bruce Guyton
United States Magistrate Judge
Eastern District of Tennessee